UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIE DARELL BABER | CIVIL ACTION NO. 08-1545 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALLEN CUPP | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b).

MONROE, LOUISIANA, this 29th day of December, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE